UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**HONORABLE JUDGE RUTH BERMUDEZ MONTENEGRO**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 22CR01971 |
| Plaintiff, | |
| v. | **ORDER TO CONTINUE MOTION AND TRIAL SETTIGN; AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT** |
| SERGIO BRONSON-BARAJAS, | |
| Defendant . | |

**IT IS HEREBY ORDERED** that Mr. Bronson-Barajas Trial Setting hearing currently scheduled for September 30, 2022 at 9:00 a.m. be continued to **October 28, 2022 at 9:00 a.m.**

The court finds that time is excludable and that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.

**SO ORDERED.**

DATED: 9/28/2022

**HONORABLE RUTH BERMUDEZ MONTENEGRO**
United States District Court Judge